**Richard C. DAVIS, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40031.**

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).